**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Clinton Bernard FRAZIER–EL,
Defendant–Appellant.**

**No. 09–7605.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 25, 2009.

Clinton Bernard Frazier–El, Appellant Pro Se. Lynn Ann Battaglia, Maryland Court of Appeals, Annapolis, Maryland; Jamie M. Bennett, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Bernard Frazier–El appeals the district court's order denying his motion for a downward departure. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Frazier–El*, No. 1:96–cr–00469–WMN–1 (D.Md. Aug. 13, 2009). We dispense with oral argument because the

864

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Accordingly, we affirm the district court's orders. *See Davis v. United States,* No. 8:09–cv–01720–PJM (D. Md. July 10, 2009; filed July 29, 2009 & entered July 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*